## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hobson, Cherrise

Printed: 10/29/08

Case Number:  07 B 18202
Judge:  Wedoff, Eugene R
Filed:  10/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  September 18, 2008
Confirmed:  November 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 738.01 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 695.66 |
| Trustee Fee: |  | 42.35 |
| Other Funds: |  | 0.00 |
| Totals: | 738.01 | 738.01 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 695.66 |
| 2. | Illinois Dept of Revenue | Priority | 636.44 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 19.09 | 0.00 |
| 4. | Burns & Kasmen | Unsecured | 27.72 | 0.00 |
| 5. | Great Suburban Acceptance | Unsecured | 887.44 | 0.00 |
| 6. | USA One National Credit Union | Unsecured | 94.76 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 194.81 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 76.14 | 0.00 |
| 9. | Salute Visa | Unsecured | 11.00 | 0.00 |
| 10. | I C Systems Inc | Unsecured | 13.07 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 495.00 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 13.60 | 0.00 |
| 13. | Nuvell Credit Company LLC | Unsecured | 1,107.27 | 0.00 |
| 14. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 15. | Future Finance | Unsecured | | No Claim Filed |
| 16. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 17. | Correctional Billing Services | Unsecured | | No Claim Filed |
| 18. | Allied Interstate | Unsecured | | No Claim Filed |
| 19. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 20. | American Collection Corp | Unsecured | | No Claim Filed |
| | | | $ 7,069.34 | $ 695.66 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hobson, Cherrise

Printed: 10/29/08

Case Number:  07 B 18202

Judge:  Wedoff, Eugene R

Filed:  10/4/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4% | 27.59 |
| 6.5% | 14.76 |
| | $ 42.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

